**RECEIVED**

UNITED STATES COURT OF APPEALS

SEP 2 2 2006

FOR THE NINTH CIRCUIT

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

   v.

CHENG KOY SAECHAO,

       Defendant - Appellant.

No.  05-35759
D.C. No.  CV-04-00162-JWS/JDR
3: 00-165 c R

**JUDGMENT**

Appeal from the United States District Court for the District of Alaska
(Anchorage).

This cause came on to be heard on the Transcript of the Record from the
United States District Court for the District of Alaska (Anchorage) and was duly
submitted.

On consideration whereof, it is now here ordered and adjudged by this
Court, that the judgment of the said District Court in this cause be, and hereby is
**DENIED**.

Filed and entered 07/27/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 1 9 2006

by:
Deputy Clerk