UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
SEP 29 2006
RECEIVED CLERK
U.S. COURT OF APPEALS

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 05-35759 |
| Plaintiff - Appellee, | D.C. No. CV-04-00162-JWS/JDR |
| v. | |
| CHENG KOY SAECHAO, | **AMENDED JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the petition of the said District Court in this cause be, and hereby is **DENIED**.

Filed and entered 07/27/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 29 2006

by: /s/
Deputy Clerk